154 A.3d 164

BACHARACH INSTITUTE FOR REHABILITATION, INC., PLAINTIFF-PETITIONER, v. GALLOWAY TOWNSHIP ZONING BOARD OF ADJUSTMENT AND HEALTH RESOURCES OF NEW JERSEY, L.L.C., DEFENDANTS-RESPONDENTS.

October 7, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002364-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.